```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 34011
     MARIA DEMBOWSKA DEC
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9813

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/26/2005 and was confirmed 11/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/13/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI CURRENT MORTG        .00            .00            .00
MORTGAGE ELECTRONIC REGI MORTGAGE ARRE    9510.07            .00        9510.07
COUNTRYWIDE HOME LOANS   NOTICE ONLY    NOT FILED            .00            .00
MIDAMERICA FEDERAL SAVIN CURRENT MORTG        .00            .00            .00
WEST BANK                SECURED              .00            .00            .00
AMERICAN EAGLE BANK      SECURED              .00            .00            .00
CAPITAL ONE              UNSEC W/INTER     238.35         167.55         238.35
WEST BANK                UNSEC W/INTER NOT FILED             .00            .00
WEST BANK                SECURED              .00            .00            .00
AMERICAN EAGLE BANK      UNSEC W/INTER NOT FILED             .00            .00
MORTGAGE ELECTRONIC SYS  NOTICE ONLY    NOT FILED            .00            .00
IWONA PANKOWSKA          DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                         607.74
DEBTOR REFUND            REFUND                                          577.73

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              11,101.44

PRIORITY                                     .00
SECURED                                 9,510.07
UNSECURED                                 238.35
    INTEREST                              167.55
ADMINISTRATIVE                               .00
TRUSTEE COMPENSATION                      607.74
DEBTOR REFUND                             577.73
                    --------------     --------------
TOTALS               11,101.44          11,101.44


               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 34011 MARIA DEMBOWSKA DEC
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```